# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 22, 2022

## NO. 03-22-00647-CV

**Appellant, Christopher Reese/ Cross-Appellant, George Scott, Appellant**

**v.**

**Appellees, George Scott et al.// Cross-Appellee, Christopher Reese, Appellee**

**APPEAL FROM THE JUSTICE COURT PRECINCT 4 OF BLANCO COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
DISMISSED FOR WANT OF JURISDICTION –
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment signed by the trial court on September 26, 2022. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Each party shall bear its own costs relating to this appeal, both in this Court and in the court below